UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| RAUL MARTIN NUNEZ BARRALES, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> FIBER 1 COMMUNICATIONS, INC., ) <br> JAIME SCHARF, and GERARDO GARZA, ) <br> ) <br> Defendants. ) | Case No.: 1:21-cv-02605-JRS-MG |

> Dismissal with prejudice acknowledged.
> JRS, DJ, 3/7/2022
> Distribution to all counsel of record via CM/ECF.

## MOTION TO DISMISS

Comes now Plaintiff, by counsel, and moves to dismiss Defendants, Fiber 1 Communications, Inc., Jaime Scharf and Gerardo Garza, with prejudice, and would advise the Court the matter has been resolved.

Respectfully submitted,

GOODIN ABERNATHY, LLP

 /s/ Christopher E. Clark
Christopher E. Clark, #18577-29
*Attorney for Plaintiff*